THE PEOPLE OF THE STATE OF NEW YORK ex rel. WIL-
LIAM H. WOODWARD, Appellant, *v.* ANDREW S. DRAPER,
as Commissioner of Education for the State of New
York, Respondent.

*People ex rel. Woodward v. Draper*, 142 App. Div. 102, affirmed.
(Argued May 31, 1911; decided June 16, 1911.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the third judicial department,
entered January 20, 1911, which confirmed a determina-
tion of the defendant in removing the relator from the
office of school commissioner.

*Charles B. Sullivan* for appellant.

*Frank B. Gilbert* for respondent.

Order affirmed, with costs; no opinion.
Concur: GRAY, HAIGHT, WERNER, CHASE and COLLIN,
JJ. Dissenting: WILLARD BARTLETT, J. Not voting:
CULLEN, Ch. J,